UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, *et al.*,

    Plaintiffs,

v.

SHAMP ELECTRICAL CONTRACTING, INC.,

    Defendant,

v.

FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION,

    Garnishee.

Case No. MC18-0101RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Shamp Electrical Contracting, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, First Federal Savings and Loan Association. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on October 12, 2018, at Dkt. # 1-3.

Dated this 17th day of October, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT